**Opinion issued April 21, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00388-CR

———————————

## ROBERT MITCHELL ALEXANDER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 176th District Court
Harris County, Texas
Trial Court Case No. 0779737

## MEMORANDUM OPINION

Appellant, Robert Mitchell Alexander, is attempting to appeal from the trial court's refusal to rule on his motion for a nunc pro tunc hearing and for an order for unauthorized verdict and void illegal sentence. We dismiss for lack of jurisdiction.

The right to appeal in criminal cases is conferred by statute, and a party may appeal only from a judgment of conviction or an interlocutory order as authorized by statute. *See* TEX. CODE CRIM. PROC. art. 44.02; *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). The Court's records indicate that appellant appealed his conviction and that conviction was affirmed by opinion issued on October 28, 1999. *See Alexander v. State*, No. 01-98-00506-CR, 1999 WL 977815 (Tex. App.— Houston [1st Dist.] Oct. 28, 1999, pet. ref'd). The clerk's record contains no subsequent appealable order entered by the trial court. The trial court refused to sign a certification of appellant's right to appeal.

Because appellant has not appealed from an order or judgment of conviction for which there is statutory authorization, we lack jurisdiction over this appeal. *See Ragston*, 424 S.W.3d at 52 (whether court of appeals has jurisdiction depends upon whether appeal is authorized by law). Accordingly, we dismiss this appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).